EDWARD H. MYERS et al., Respondents, *v.* CLINTON P. PAINE et al., Appellants.

Reported below, 13 App. Div. 332.
(Argued March 15, 1897; decided March 23, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1897, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the ground that the Appellate Division had unanimously decided that there was evidence tending to sustain the decision of the referee, and that the exceptions are frivolous.

*A. J. Simpson* and *L. S. Phillips* for motion.

*Eugene D. Hawkins* opposed.

Motion denied, with ten dollars costs.